# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DIANE MOORE, ET AL. § | |
| § | |
| v. § | Civil Action No. 4:20-CV-200 |
| § | (Judge Mazzant/Judge Nowak) |
| THE BANK OF NEW YORK MELLON, § | |
| ET AL. § | |

### FINAL JUDGMENT

Pursuant to the Memorandum Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED and ADJUDGED** that Plaintiffs Diane Moore and James Moore's claims against Defendants are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** that Defendants are awarded $18,830 as reasonable attorneys' fees and costs to be paid by Plaintiffs Diane Moore and James Moore solely as a further obligation under the Note and Deed of Trust.

All relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED**.

SIGNED this 22nd day of March, 2021.

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE